UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-CV-60063-WPD

HOWARD COHAN

    Plaintiff,

vs.

FLL HOTELS, INC., a Florida profit
Corporation d/b/a CROWNE PLAZA
FORT LAUDERDALE AIRPORT/CRUISE,

    Defendant.
_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (the "Notice") [DE 10], filed herein on March 10, 2023. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 10] is hereby **APPROVED;**

2. This case is **DISMISSED WITH PREJUDICE**; and

3. The Clerk shall **CLOSE** this case.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of March, 2023.

*[Signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record